**07 CIV 8174**
**JUDGE STEIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
RICHARD CLARK
RR2 Box 2404
Halstead, Pennsylvania 18822

    CIVIL ACTION
    Index No.

    JURY TRIAL DEMANDED

v.

BEAN DREDGING LLC
1055 St. Charles Avenue., Suite 500
New Orleans, Louisiana 70130

and

BEAN EXCAVATIONS LLC
1055 St. Charles Avenue., Suite 500
New Orleans, Louisiana 70130

COMPLAINT

C.F. BEAN, LLC
1055 St. Charles Avenue., Suite 500
New Orleans, Louisiana 70130

**(WAIVER OF FILING FEE 28 U.S.C. SECTION 1916)**

-----------------------------------X

Plaintiff hereby claims of the defendant a sum in excess of One Hundred and Fifty Thousand Dollars ($150,000.00) in damages upon the following causes of action:

1. Plaintiff is a seaman.

2. This action is brought pursuant to the Maritime Law of the United States as modified by the Jones Act, 46 U.S.C. §§688, et seq.

3. At all times material hereto, one or more of defendants were doing business in Staten Island, State of New York.

4. At all times material hereto, plaintiff was in the employ of one or more of the defendants as a crane operator/dredge worker at the rate of pay and for the terms as set forth in his contract of employment.

5.  On or about March 21, 2006, while at sea, plaintiff suffered injuries while under the employment of one or more than defendants.

6.  Plaintiff's injuries were caused by the negligence of one or more of the defendants, their agents, servants, workmen and employees, by the unseaworthiness of the vessel, and by one or more of the defendants' breach of their obligation under the circumstances.

7.  Solely by reason of the negligence of one or more of the defendants, plaintiff sustained personal injuries.

WHEREFORE, plaintiff demands judgment against one or more of the defendants in excess of the sum of One Hundred and Fifty Thousand Dollars ($150,000.00), with costs and interest, and brings this action to recover same.

## SECOND CAUSE OF ACTION

### In Admiralty

Plaintiff claims of one or more of the defendants maintenance and cure and wages in such amount as may be determined by the Court upon the following cause of action:

8.  Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 7, inclusive, of this Complaint with the same force and effect as if fully set forth and repeated herein.

9.  Plaintiff, by virtue of his services upon the said vessel, claims maintenance and cure and wages for the period of this

disability in an amount which to your Honorable Court shall deem just and proper upon the trial of this cause.

10. All and singular, the premises contained herein are true and within the admiralty and maritime jurisdiction of the United States and this Honorable Court.

**WHEREFORE**, plaintiff prays that judgment be entered against one or more of the defendants for such maintenance and cure and wages as the Court may determine to be due and owing upon the trial of this cause, and for such interest, costs and counsel fees as the Court may deem just and proper.

Dated:   New York, New York
         September 14, 2007

BY: _____
    Michael H. Zhu

Michael H. Zhu, Esq. P.C.
14 Wall Street, 22nd Floor
New York, New York 10005
212 227-2245

Of Counsel:
Rudolph V. DeGeorge, II, Esquire
BARISH♦ROSENTHAL
Bell Atlantic Tower
1717 Arch Street, Suite 4020
Philadelphia, PA  19103
(215) 923-8900

## ATTORNEY'S VERIFICATION

The undersigned, an attorney admitted to practice in the United States District Court, Southern District of New York: That the undersigned is a member of the firm of Michael H. Zhu, Esq. P.C., attorneys for plaintiff Richard Clark, in the within action; that the undersigned has read the foregoing Verified Complaint and knows the contents thereof; that the same are true to affirmant's own knowledge, except as to the matters therein stated to be alleged on information and belief; and as to those matters affirmant believes them to be true.

The undersigned further states that the reason this affirmation is made by the undersigned and not by plaintiff is that the plaintiff resides outside the state where the undersigned maintains his offices.

The grounds of affirmant's belief as to all matters not stated to be upon affirmant's knowledge, are as follows: books, records, correspondence, investigation and other documentation in the possession of the undersigned.

The undersigned affirms that the foregoing statements are true, under the penalty of perjury.

Dated:    New York, New York
          September 14, 2006

Michael H. Zhu

| Index No. | Year | RJI No. | Hon. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD CLARK,

                      Plaintiff,

-against-

BEAN DREDGING LLC, BEAN EXCAVATIONS LLC, and C.F. BEAN, LLC
                      Defendants.

### VERIFIED COMPLAINT

MICHAEL H. ZHU, ESQ. P.C.

*Attorneys for Plaintiff Richard Clark*

*Office and Post Office Address, Telephone*

14 WALL STREET, 22ND FLOOR
NEW YORK, N.Y. 10005
(212) 227-2245

To                                              Signature (Rule 130-1.1-a)

                                              ..................................................
                                              Print name beneath

Attorney(s) for

Service of a copy of the within                               is hereby admitted.

Dated,                                      ..................................................
                                     Attorney(s) for

Please take notice

☐ **NOTICE OF ENTRY**
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**
that an order                       of which the within is a true copy will be presented for
settlement to the HON.                     one of the judges
of the within named court, at
on                   at                 M

Dated,                                      Yours, etc.
                                     MICHAEL H. ZHU, ESQ.
                                     *Attorneys for plaintiff Richard Clark*
To                                        *Office and Post Office Address*
                                       14 WALL STREET, 22ND FLOOR
Attorney(s) for                             NEW YORK, N.Y. 10005