UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD CLARK,

                Plaintiff,

-against-

BEAN DREDGING LLC, BEAN
EXCAVATIONS, LLC, C.F. BEAN, LLC

                Defendants.
------------------------------------------------------------X

CIVIL ACTION
Index No. 07-cv-8174 (SHS)

**ORDER**

    Upon consideration of plaintiff's counsel's application for an Order directing the Clerk's Office to issue a refund of the $350.00 filing fee paid in connection with the filing of the complaint in this action pursuant to 28 U.S.C. 1916, which provides that seamen are exempt from paying fees or costs in all courts in the United States in connection with the institution or prosecution of a claim brought under the Jones Act, and there being no opposition, it is hereby

    **ORDERED** that the Clerk of the Court issue a refund of the $350.00 filing fee to plaintiff's counsel (Michael H, Zhu, Esq., P.C.).

Dated:    New York, NY
             September 27, 2007

                                            Sidney H. Stein, USDJ