USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07

14 Wall Street
22nd Floor
New York, NY 10005
Phone: 212 227-2245
E-mail: mzhu@mzhulaw.com
Web: www.mzhulaw.com

RECEIVED OCT 24 2007

**Via Fax: 212 805-7924**
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

Re: Clark v. Bean Dredging, LLC
    07-civ-8174 (SHS)

Honorable Justice Stein:

This firm is local counsel to Barish Rosenthal, attorneys of record for the plaintiff Richard Clark, located in Philadelphia Pennsylvania. This letter is written to request an adjournment of the Initial Conference, currently scheduled for October 26, 2007 at 11:30 a.m.

The adjournment is necessary to enable the undersigned to prepare the necessary application papers to have Rudolph DeGeorge, Esq. of the Barish firm admitted *pro hac vice*. I have consulted with counsel for the defendants and they have consented to an adjournment. We respectfully request a four (4) week adjournment of the conference. No prior applications for any adjournment have been made.

Kindly advised the undersigned when the new conference date will be. Thank you for your time and consideration.

Respectfully,

Michael H. Zhu

cc: Michael B. McCauley, Esq. [via email: mccauley@pbh.com]

---

Handwritten memo endorsement (10/24/07):

Mr. DeGeorge may appear at the 10/26 conf without being admitted to the S.D.N.Y. The application should be submitted within two weeks. In addition, Mr. DeGeorge may appear by telephone on 10/26 at 11:30 a.m. So ordered.

Sidney H. Stein
U.S.D.J.