```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RICHARD CLARK,                             :        07 Civ. 8174 (SHS)

                  Plaintiff,        :

       -against-                           :        ORDER

BEAN DREDGING LLC, *ET AL.*,               :

                 Defendants.       :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties participating via telephone,

    IT IS HEREBY ORDERED that:

    1.    There will be a mid discovery status conference on December 14, 2007, at 11:00 a.m.; and

    2.    The last day for completion of discovery is January 18, 2008.

Dated: New York, New York
       October 26, 2007

                                                  SO ORDERED:

                                                  Sidney H. Stein, U.S.D.J.