**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------X
RICHARD CLARK                              CIVIL ACTION
RR2 Box 2404                               Index No.
Halstead, Pennsylvania 18822               07-cv-8174[SHS]

     v.

BEAN DREDGING LLC
1055 St. Charles Avenue., Suite 500        **AFFIDAVIT OF SERVICE**
New Orleans, Louisiana 70130

     and

BEAN EXCAVATIONS LLC
1055 St. Charles Avenue., Suite 500
New Orleans, Louisiana 70130

C.F. BEAN, LLC
1055 St. Charles Avenue., Suite 500
New Orleans, Louisiana 70130

------------------------------------------X
STATE OF LOUISIANA    )
                           :ss.:
COUNTY OF ST. TAMMANY )

    Henry Mentz, Jr, being duly sworn, deposes and says:

    I am not a party to this action, I am over 18 years of age and I reside in COVINGTON, Louisiana.

    On October 1, 2007, I hand delivered and personally served a Summons and Complaint upon the party identified below:

                    BEAN DREDGING LLC
          1055 St. Charles Avenue., Suite 500
             New Orleans, Louisiana 70130

    by leaving a true and accurate copy thereof with

Mr. Chris Watters, who identified himself as HUMAN RESOURCE + SAFETY SUPERVISOR

    Description:    ☒M    F

height: _____ 5' 10"

weight: _____ 180 lbs

age: _____ 40-45

hair Color: _____ dirty blonde

**Caucasian**

_____
Henry Mentz, Jr.

Sworn to before me this
17th day of October, 2007

_____
Notary Public

BRIGITTE P. MENTZ
NOTARY PUBLIC
Notary ID Number: 12709
St. Tammany Parish, Louisiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
RICHARD CLARK                             CIVIL ACTION
RR2 Box 2404                              Index No.
Halstead, Pennsylvania 18822              07-cv-8174[SHS]

        v.

BEAN DREDGING LLC
1055 St. Charles Avenue., Suite 500       **AFFIDAVIT OF SERVICE**
New Orleans, Louisiana 70130

        and

BEAN EXCAVATIONS LLC
1055 St. Charles Avenue., Suite 500
New Orleans, Louisiana 70130

C.F. BEAN, LLC
1055 St. Charles Avenue., Suite 500
New Orleans, Louisiana 70130

------------------------------------------X
STATE OF LOUISIANA    )
                      :ss.:
COUNTY OF ST. TAMMANY )

   Henry Mentz, Jr, being duly sworn, deposes and says:

   I am not a party to this action, I am over 18 years of age and I reside in COVINGTON, Louisiana.

   On October 1, 2007, I hand delivered and personally served a Summons and Complaint upon the party identified below:

            BEAN EXCAVATIONS LLC
        1055 St. Charles Avenue., Suite 500
            New Orleans, Louisiana 70130

   by leaving a true and accurate copy thereof with

Mr. Chris Watters, who identified himself as HUMAN RESOURCES / SAFETY SUPERVISOR

        Description:     ☒M       F

height: _____ 5' 10" _____

weight: _____ 180 lbs _____

age: _____ 40-45 _____

hair Color: _____ dirty blonde _____

**Caucasian**

_____
Henry Mentz, Jr.

Sworn to before me this
____ day of October, 2007
_____
Notary Public

BRIGITTE P. MENTZ
NOTARY PUBLIC
Notary ID Number: 12709
St Tammany Parish, Louisiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------X
RICHARD CLARK                          CIVIL ACTION
RR2 Box 2404                           Index No.
Halstead, Pennsylvania 18822           07-cv-8174[SHS]

    v.

BEAN DREDGING LLC
1055 St. Charles Avenue., Suite 500    **AFFIDAVIT OF SERVICE**
New Orleans, Louisiana 70130

    and

BEAN EXCAVATIONS LLC
1055 St. Charles Avenue., Suite 500
New Orleans, Louisiana 70130

C.F. BEAN, LLC
1055 St. Charles Avenue., Suite 500
New Orleans, Louisiana 70130
------------------------------------------X
STATE OF LOUISIANA   )
                     :ss.:
COUNTY OF St. Tammany)

    Henry Mentz, Jr, being duly sworn, deposes and says:

    I am not a party to this action, I am over 18 years of age and I reside in Covington, Louisiana.

    On October 1, 2007, I hand delivered and personally served a Summons and Complaint upon the party identified below:

        C.F. BEAN, LLC
    1055 St. Charles Avenue., Suite 500
      New Orleans, Louisiana 70130

    by leaving a true and accurate copy thereof with

Mr. Chris Watters, who identified himself as Human Resource & Safety Supervisor

    Description:     ☒M     F

height: _____ 5' 10"

weight: _____ 180 lbs

age: _____ 40-45

hair Color: _____ dirty blonde

**Caucasian**

_____
Henry Mentz, Jr.

Sworn to before me this
17th day of October, 2007

_____
Notary Public

BRIGITTE P. MENTZ
NOTARY PUBLIC
Notary ID Number: 12709
Sabine Parish, Louisiana