```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
RICHARD CLARK                           07-CIV-8174
            Plaintiff,
    -against-

BEAN DREDGING LLC, ET AL                PROPOSED ORDER FOR
                                        ADMISSION PRO HAC VICE

            Defendant,
--------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07

AND NOW, this 28th day of November, 2007 upon consideration of Mr. Samuel J. Rosenthal's Motion for Admission Pro Hac Vice, pursuant to Local Rule 1.3 (c), and any response thereto, said Motion is GRANTED.

By the Court:

_____
Sidney H. Stein ,U.S.D.J.