```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

| | | |
|---|---|---|
| RICHARD CLARK, | : | 07 Civ. 8174 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| BEAN DREDGING LLC, *ET AL.*, | : | |
| Defendants. | : | |

-------------------------------------------------------------- x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that the next pretrial conference is scheduled for January 18, 2008, at 9:30 a.m.

Dated: New York, New York
          December 14, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.