```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RICHARD CLARK,                              :        07 Civ. 8174 (SHS)

                Plaintiff,              :

        -against-                          :        ORDER

BEAN DREDGING LLC, *ET AL.*,                :

                Defendants.             :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that,

      1.    The last day for completion of discovery is February 29, 2008. There will be no extensions of the discovery deadline; and

      2.    There will be a pretrial conference on February 29, 2008, at 9:30 a.m.

Dated: New York, New York
       January 18, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.