02/27/2008 14:45 FAX 2156250185  PALMER BIEZUP&HENDERSON  ☒002
Case 1:07-cv-08174-SHS  Document 15  Filed 02/27/2008  Page 1 of 2



**PALMER**
Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/27/08

| NEW JERSEY | NEW YORK | DELAWARE | MARYLAND

Michael B. McCauley
*Partner*
mccauley@pbh.com

**MEMO ENDORSED** 2/27/08
**DENIED.**

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

February 27, 2008

The Honorable Andrew J. Peck
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1370
New York, NY 10007

Via Facsimile 212 805 7933

BY FAX

Re:  Richard Clark v. Bean Excavation et al.
     Docket No: 07-Civ-8174 (SHS) (AJP)
     Our File No: 0850-006

Dear Judge Peck:

We represent Defendants Bean Dredging, LLC, Bean Excavation, LLC, and C.F. Bean, LLC in the above-captioned matter. A settlement conference is scheduled for February 28, 2008 at 2:30 p.m.

Our clients are located in New Orleans, Louisiana. No third-party insurer is involved in this matter as defendants are self-insured. Under these circumstances, and to avoid additional expense, we respectfully request that our clients be permitted to participate in the settlement conference telephonically.

Your Honor's favorable consideration of this request would be very greatly appreciated.

Respectfully,

PALMER BIEZUP & HENDERSON LLP

By: _____
    Michael B. McCauley

MMc:lr
cc:  Samuel J. Rosenthal, Esq.                     Via Facsimile 215 351 0593

PBH: 195237.1

Palmer Biezup & Henderson LLP
140 Broadway | PMB 46030 | New York, NY 10005
P 212.406.1855 | F 212.858.7651

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** February 27, 2008                           **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Michael B. McCauley, Esq. | 212-858-7651 |
| Samuel J. Rosenthal, Esq. | 215-351-0593 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 2/27/08**

**DENIED.**


Copy to:   Judge Sidney H. Stein