```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

RICHARD CLARK,                                  :

           Plaintiff,                        :        07 Civ. 8174 (SHS) (AJP)

    -against-                                  :        **ORDER OF DISMISSAL ON CONSENT**

BEAN DREDGING LLC, BEAN EXCAVATIONS :
LLC, & C.F. BEAN, LLC,
                                            :

           Defendants.                       :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 15 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

    SO ORDERED.

DATED:    New York, New York
              February 28, 2008

                                                        _____
                                                         Andrew J. Peck
                                                         United States Magistrate Judge

Copies **by fax & ECF** to:    Samuel J. Rosenthal, Esq.
                                          Michael H. Zhu, Esq.
                                          Michael B. McCauley, Esq.
                                          Judge Sidney H. Stein

C:\ORD\Dismiss.AJP

BARISH & ROSENTHAL



RECEIVED FEB 27 2008 CHAMBERS OF ANDREW J. PECK

February 27, 2008

*Sent via facsimile 212-805-7933*
United States Magistrate Judge Andrew J. Peck
United States District Court, Southern District of New York
500 Pearl Street, Room 1370
New York, New York 10007-1312

    Re:  Clark v. Bean Dredging
           07-CIV-8174 (SHS)

Dear Magistrate Judge Peck:

    Please be advised that the parties have been able to amicably resolve the above referenced matter. Accordingly there will be no need for the conference now scheduled for 2:30 p.m. tomorrow, February 28, 2008. We appreciate the court's time and effort in helping the parties resolve this case.

                                        Respectfully submitted,

                                          Samuel J. Rosenthal

SJR/lmw
cc:  Michael B. McCauley, Esquire (via Facsimile 215-625-0185)
      Michael H. Zhu, Esquire

BELL ATLANTIC TOWER ■ SUITE 4020 ■ 1717 ARCH STREET ■ PHILADELPHIA, PA 19103 ■ 215.923.8900 ■ 800.233.7101 ■ FAX: 215.351.0593
WEBSITE: WWW.BARISHROSENTHAL.COM