USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
RICHARD CLARK

              v.

BEAN DREDGING LLC, *et al.*
-----------------------------------x

Civil Action
Index No.: 07 CIV 8174
The Honorable Sidney H. Stein

## STIPULATION OF DISMISSAL

In accordance with Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between Plaintiff and Defendants, through their respective counsel as undersigned, that any and all claims in the above-referenced litigation are hereby dismissed, with prejudice, and without costs.

BARISH♦ROSENTHAL

By: _____
    Samuel J. Rosenthal, Esq.
    1717 Arch Street, Suite 4020
    Philadelphia, PA 19103
    215 923 8900
    215 351 0593 (Fax)
    barishrosenthal.com
    Attorneys for Plaintiff

PALMER BIEZUP & HENDERSON LLP

By: _____
    Michael B. McCauley (MBM 7231)
    140 Broadway, 46th Fl., PMB 46030
    New York, NY 10005
    212 406 1855
    212 858 7651 (Fax)
    mccauley@pbh.com
    Attorneys for Defendants

IT IS SO ORDERED this 17th day of March, 2008.

_____
U.S.D.J.